UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDRE LYONS, )<br>)<br>    Petitioner, )<br>)<br>v. )<br>)<br>)<br>CCA/CORRECTIONAL )<br>TREATMENT FACILITY, )<br>)<br>    Respondent. )<br> | Civil Action No.<br>06-2008 (GK) |

### O R D E R

Plaintiff filed a Petition for a Writ of Habeas Corpus on November 22, 2006. Upon consideration of the Petition, it is hereby

**ORDERED** that, **no later than January 10, 2007,** Respondent shall file with this Court and serve on Petitioner a statement showing why the Writ of Habeas Corpus should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of making service of same on the Bureau of Prisons, the United States Attorney for the District of Columbia, and Petitioner's warden.

November 29, 2006
                                                /s/
                                                Gladys Kessler
                                                United States District Judge

**Copies to**: **attorneys on record via ECF**