UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDRE LYONS,               )<br>                           )<br>       Petitioner,        )<br>                           )<br>v.                         )<br>                           )<br>                           )<br>CCA/CORRECTIONAL           )<br>TREATMENT FACILITY,        )<br>                           )<br>       Respondent.         ) | Civil Action No.<br>06-2008 (GK) |

**O R D E R**

It is this 30th day of January 2007,

**ORDERED** that, **no later than March 5, 2007**, Respondent shall file with this Court and serve on Petitioner a statement showing why the Writ of Habeas Corpus should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of making service of same on the Bureau of Prisons, the United States Attorney for the District of Columbia, and Petitioner's warden.

/s/
Gladys Kessler
United States District Judge

**Copies to:** attorneys on record via ECF and

**ANDRE LYONS
DC 219-529
CCA/CORRECTIONAL TREATMENT FACILITY
1901 E Street, SE
Washington, DC 20003**