UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ANDRE LYONS,** | : | |
|     Petitioner | : | |
| | : | Civil Action No. 06-2008 (GK) |
| v. | : | |
| | : | |
| **CCA/CORRECTIONAL** | : | |
| **TREATMENT FACILITY,** | : | |
|     Respondent | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Sherri L. Berthrong is counsel of record on behalf of the United States in the above-captioned case.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    United States Attorney
    D.C. Bar Number 498-610

    /s/ Robert D. Okun
    ROBERT D. OKUN
    Assistant United States Attorney
    Chief, Special Proceedings Division
    D.C. Bar Number 457-078

    /s/ Sherri L. Berthrong
    SHERRI L. BERTHRONG
    Assistant United States Attorney
    D.C. Bar No. 249-136
    Sherri.Berthrong@usdoj.gov
    Special Proceedings Division
    555 4th Street, N.W., Room 10-450
    Washington, D.C. 20530
    (202) 514-6948

-2-

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the instant notice has been filed electronically with the Court and served by mail upon the petitioner, Andre Lyons, Fed. Reg. No. 07099-007, FCI Fairton, Federal Correctional Institution, P.O. Box 420, Fairton, NJ 08320, this 9th day of February, 2007.

                                                         /s/ Sherri L. Berthrong  
                                                   Sherri L. Berthrong  
                                                   Assistant United States Attorney