**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **Andre Lyons,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 06-2008** |
| | ) | |
| **Bureau of Prisons et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER**

      This matter is before the Court on the United States' opposition to the petition for a writ

of habeas corpus.  Because the Court's consideration of the response could dispose of the case,

Petitioner, who is proceeding pro se, is advised of the following.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a

district court must take pains to advise a *pro se* party of the consequences of failing to respond to

a dispositive motion.  "That notice... should include an explanation that the failure to

respond...may result in the district court granting the motion and dismissing the case."  Id. at 509.

In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such

other time as the court may direct, an opposing party shall serve and file a memorandum of

points and authorities in opposition to the motion [or] the court may treat the motion as

conceded."  Local Civil Rule 7(b).  Accordingly, it is

**ORDERED** that Petitioner shall respond to the United States' opposition by **April 10,**

**2007**.  If Petitioner does not respond by that date, the Court will treat the assertions as conceded and may summarily deny the petition and dismiss the case.


_/s/_____

3/8/07                                    GLADYS KESSLER

U.S. District Judge