United States District Court
For the District of Columbia

Andre Lyons
                Petitioner                 Civil Action
                                           No. 06-2008(GK)

V

CCA / Correctional
Treatment Facility
                Respondent

RECEIVED
MAR 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Petitioners Response to
Governments Reply Brief
to Petitioners Petition for
A Writ of habecs corpes

Mr Andre Lyons
F.Ed. No 07099-007
DC. No. 219-529
FCI. Fairton
PO Box 420
Fairton New Jersey
08320

① This IS MY OPPOSITION, FOR The United States Attorne Why My habeas corpus Shouldn't be denied..

23-113

① Consecutive and concurrent sentence. A Sentence imposed on a person For conviction of an offense shall, unless the court imposing such Sentence expressly provides Otherwise, run consecutively to any other sentence imposed on such person For conviction of an offense, whether or Not the offense (1) arises out of the same transaction and requires proof of a Fact which the other does Not, ( July 29 1970, 84 Stat 610, Pub L 91-358, title II, 210 (A) 1973 Ed & 23 112

② Its Important that people read, This the reason why United States Attorney case law that is Not apart of what I am Talking About..

1. 664 F 2d 311 States v Luck, That Talk About A prisoner That was on escape From A Federal prison that got convicted IN Maryland, and was From District of Columbia, Filed motion For a correct sentence...

2. Heath v us Parole commission, 788 F 2d, They Talk about A Federal term running conutively to his State sentence is About Federal and state..

3. Criminal Law 1216 664 2d Talk About State and Federal are unrelated...

4. Ali v District of columbia 612 A 2d 228, 230 DC 1992 Talk About good time AND comeing back to prison geting good time For NEW offense....

5. Talk about MR ANdre Lyons 219-529 or 07099-007 A Judgment ANd commitment on ProBaTion ORdeR That is beeNing takeing as A Recommendation ANd we both KNow there Not the same. Because A Judge have the right and power to imposed A SeNteNce, ANd where talking about 1989 case 1993 case That come out of the same court, DC Superior court of the District of columbia....

6. Where Not talk about a Federal and State Because DC court didN't become Federal INtell August 5 2000, ANd where talking about 1989 4 to 12 years and A 2½ to 7½ years to be run coNcurreNt ANd all do respect if they would have Takeing the Judge ORDeR Seriously, I KNow i wouldN't have been geting good time credit From my NEW charge because I will have oNly be doing 4 to 12 years cause it Is more theN the 2½ to 7½ years, aNd that is what coNcurreNt is...

7. WheN I came iN with a NEW charge iN 1998 I was iN For 8 MoNth's the Judge give me 180 day's time Serve wheN I see the DC Board of Parole give me 32 moNths to do, befor going back out oN

③

Parole. Now as you can see they give me credit from June 28 to February 26 2001 and that's concurrent. But when a Judge run something concurrent. He or She can't do so...

8. Now I will ~~like~~ you to see something I had a Statutory Release date of 1998 and Expiration Full Term date April 24 2002 that you can look at I give you in my petition, And the letter that I send to you from my Attorney the one that add up all the time. ~~I~~ did in prison you will see I can't have alot of street time they can take and if they did it wouldn't be no more then 26 Mother's of street time and you add it up to April 24 2002 and it willn't be no ~~2008~~ or 2009 at all...

9. Now to see from 1993 to 1997 my sentence was the same when I was in Lorton correctional Complex that was 4 years my sentence was runing concurrent as the Judge Order was honor, then 1999 when they move me from Lorton this what happen my 1998 date became 1 to 10 pages from 1998 to 2002 Full term date went from 3 years 7 months 6 days to when I made Parole 4-29-05 to me only ~~owe~~ them 3 Months 29 day to my Expiration Full term date of 8-26-2005 and I was home for 9 months why I didn't Expiration I don't know and this come from 7-21-89 4 to 12 years..... See page 4 computation data of 5-20-2005.

④ Then it go on to PAGE 6, 4 years 7 months 7 Days Release Date 11-15-07 to Expiration Full Term Date 12-5-08, them it gos on to not Just 12 years it go to 17 years and 90 month to 10 years 8 months 23 days statutory Release Date 2-10-2009 to Expiration Full term Date of 8-20-2012 see PAGE 8 Computation Data of 5-15-2003, then again it go to 12 years and 90 Months and it go up to 12 years 9 months 3 Days Statutory Release date 9-11-07 to Expiration Full Term Date 11-20-2011 Now my eye's or open computation Data as of 2-26-01 because Concurrent is not Around anymore or not honored.

10. Now it seem as when I seen it happen and I start writeing peapel asking how is this going on they send me to some one eles and it been going on for years now, so I come to the court asking for help, cause right now this is serious this is my life that know one same to have a understanding about or know what is going on, I do not have know scholarship in Law but I know something is wrong, my heart tell me to keep going because some one have to see the mistakes I see...

And in colsing I am mailing copy of everything I am send you to the united state Attorney And will like to know why they didn't say anything about

The Letter From my Attorney asking them to Beleas me because, I have did more then my time, Now if you add the 1 year I been in Now it will be about 14½ years in jail on a 12 years Sentence, And I will like to know when I went home 4-29-05 my expiration Full term date was 3 months 29 days, And I would not had know more parole on 8-26-05 would that been on my 4 to 12 years or my 2½ to 7½ years, Since there's not any concurrent anymore After 1997 When I was move From DC DC too Federal, But I am from Superior court, Now the united states Attorney say in Exhibit C that my sentenced of 1989 couldn't run concurren because I wasn't doing that at the time, but if the Judg would have Beleas me I couldn't get out because a Parole violator warrent was on me Feb 23 1994 So that mad me to be doing my 1989 case. because I wasn't Sentencer intell June 3 1994 and that mad me have a detainer on me... From my old 1989 case, And the Judge KNEW that at the time

And I will like you to Read something From the Bureau of Prison 24.1201 See Exhibit A...

All Sentences run consecutive to one another unless the court orders they run concurrently. DC code § 23-112 super. ct. crim R 32(c)(2) See also Bragdon v United State 717 A 2d 878 C DC 1998 The J&C is the Judge order...

Thank you
Mr Andre Lyons
March 7 2007

(3) Any misdemeanor offense committed against an adult, except where the offender agrees in a plea agreement to be subject to sex offender registration requirements. (_____, 2000, D.C. Law 13-___ (Act 13-248), § 17, 47 DCR 797.)

**Section referenced in other sections.** — This section is referenced in § 24-1124.

**Emergency legislation.** — For temporary addition of chapter, see note to § 24-1121.

### § 24-1137. Freedom of Information Act exemption.

Except for records made public according to the regulations promulgated by the Mayor pursuant to § 24-1131(g), no sex offender registration information shall be available as a public record under § 1-1522. (_____, 2000, D.C. Law 13-___ (Act 13-___), § 18, 47 DCR 797.)

**Emergency legislation.** — For temporary addition of chapter, see note to § 24-1121.

---

## CHAPTER 12.

## TRANSFER OF PRISON SYSTEM TO FEDERAL AUTHORITY.

*Subchapter I.*

*Corrections.*

Sec.
1. Bureau of prisons.
2. Corrections Trustee.
3. Priority consideration for employees of the District of Columbia.
4. [Reserved].
5. Liability for and litigation authority of corrections trustee.
6. Permitting expenditure of funds to carry out certain sewer agreement.

*Subchapter II.*

*Sentencing.*

Truth in sentencing commission.
General duties, powers, and goals of commission.
Data collection.
Enactment of amendments to District of Columbia Code.

*Subchapter III.*

*Offender Supervision and Parole.*

Parole.
Pretrial services, parole, adult probation and offender supervision trustee.

24-1233. Court Services and Offender Supervision Agency.
24-1234. Authorization of appropriations.

*Subchapter IV.*

*Special Provisions for Trustees.*

24-1241. Reemployed annuitant Trustee.
24-1242. Exemption from personnel and budget ceilings for Trustees and related agencies.

*Subchapter I.*

*Corrections.*

### § 24-1201. Bureau of prisons.

(a) *Felons sentences pursuant to the truth-in-sentencing requirements.* — Not later than October 1, 2001, any person who has been sentenced to incarceration pursuant to the District of Columbia Code or the truth-in-sentencing system as described in § 24-1211 shall be designated by the Bureau of Prisons to a penal or correctional facility operated or contracted for by the Bureau of Prisons, for such term of imprisonment as the court may direct. Such persons shall be subject to any law or regulation applicable to persons committed for violations of laws of the United States consistent with the sentence imposed.

(b) *Felons sentenced pursuant to the D.C. Code.* — Notwithstanding any other provision of law, not later than December 31, 2001, the Lorton Correctional Complex shall be closed and the felony population sentenced pursuant to the District of Columbia Code residing at the Lorton Correctional Complex shall be transferred to a penal or correctional facility operated or contracted for by the Bureau of Prisons. Such persons shall be subject to any law or regulation applicable to persons committed for violations of laws of the United States consistent with the sentence imposed, and the Bureau of Prisons shall be responsible for the custody, care, subsistence, education, treatment and training of such persons.

(c) *Privatization.* —

(1) *Transition of inmates from Lorton.* — The Bureau of Prisons shall house, in private contract facilities:

(A) At least 2000 District of Columbia sentenced felons by December 31, 1999; and

Exhibit A

Exhibit - A

(B) At least 50 percent of the District of Columbia sentenced felony population by September 30, 2003.

(2) *Duties of Deputy Attorney General.* — The Deputy Attorney General shall

(A) Be responsible for overseeing Bureau of Prisons privatization activities; and

(B) Submit a report to Congress on October 1 of each year detailing the progress and status of compliance with privatization requirements.

(3) *Duties of Attorney General.* — The Attorney General shall:

(A) Conduct a study of correctional privatization, including a review of relevant research and related legal issues, and comparative analysis of the cost effectiveness and feasibility of private sector and Federal, State, and local governmental operation of prisons and corrections programs at all security levels; and

(B) Submit a report to Congress no later than one year after August 5, 1997.

(d) *Site acquisition and construction.* — In order to house the District of Columbia felony inmate population the Bureau of Prisons shall acquire land, construct and build new facilities at sites selected by the Bureau of Prisons, or contract for appropriate bed space, but no facilities may be built on the grounds of the Lorton Reservation.

(e) *National capital planning.* — Notwithstanding any other provision of law, the requirements of the National Capital Planning Act of 1952 (40 U.S.C. 71 et seq.) shall not apply to any actions taken by the Bureau of Prisons or its agents or employees.

(f) *Department of Corrections authority.* — The District of Columbia Department of Corrections shall remain responsible for the custody, care, subsistence, education, treatment, and training of any person convicted of a felony offense pursuant to the District of Columbia Code and housed at the Lorton Correctional Complex until December 31, 2001, or the date on which the last inmate housed at the Lorton Correctional Complex is designated by the Bureau of Prisons, whichever is earlier.

(g) *Lorton Correctional Complex.* —

(1) *Transfer of functions.* — (A) Notwithstanding any other provision of law, to the extent the Bureau of Prisons assumes functions of the Department of Corrections under this subtitle, the Department is no longer responsible for such functions and the provisions of §§ 24-441 and 24-4[?] that apply with respect to such functions [are] no longer applicable.

(B) Contingent on the General Services Administration (GSA) receiving [the] necessary appropriations to carry out [the] requirements of this paragraph and subsection (g), and notwithstanding the Federal Property and Administrative Services Act [of] 1949 (40 U.S.C. § 471 et seq.), not later [than] 60 days after the date of enactment of [the] Lorton Technical Corrections Act of 19[98], any property on which the Lorton Correctional Complex is located shall be transferred to the GSA.

(C) Not later than one year after [the] date of enactment of the Lorton Technical Corrections Act of 1998, Fairfax County shall submit a reuse plan that complies with all requisite approvals to the Administrator of General Services, that aims to maximize use of the land for open space, park land, recreation, while delineating permissible [or] required uses, potential development densities, and any time limits on such development factors of the property on which [the] Lorton Correctional Complex is located.

(D) Not later than 180 days after [the] date of enactment of the Lorton Technical Corrections Act of 1998, the Secretary of [the] Interior shall notify GSA of any property requests to be transferred to the Department of the Interior for the purpose of a l[and] exchange by the United States Fish and Wildlife Service within the Commonwealth of Virginia or such other purposes consistent with the reuse plan developed by Fairfax County as the Secretary may request. [The] Administrator of General Services shall [ap]prove the Secretary's request to the extent that the request is consistent with the reuse plan developed by Fairfax County and d[oes] not result in a significant reduction in [the] marketability or value of any remaining property. The Administrator of General Services shall coordinate with the Secretary [of] the Interior to resolve any conflicts presented by the Department of the Interior['s] request and shall transfer the property [to] the Department of the Interior at no co[st].

```
   FAIUM   540*23  *           SENTENCE MONITORING          *       03-05-2007
PAGE 001          *            COMPUTATION DATA             *       15:23:25
                               AS OF 03-05-2007

REGNO..: 07099-007 NAME: LYONS, ANDRE


FBI NO............: 309102EA7            DATE OF BIRTH: 02-16-1967
ARS1..............: FAI/A-DES
UNIT..............: B                     QUARTERS.....: B02-940L
DETAINERS.........: NO                    NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 08-31-2008

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  12-09-2008 VIA MAND PAR

----------------------CURRENT JUDGMENT/WARRANT NO: 050 ------------------------

COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F8566-89BC
JUDGE............................: BURGESS
DATE SENTENCED/PROBATION IMPOSED: 04-10-1991
DATE WARRANT ISSUED..............: 12-14-2005
DATE WARRANT EXECUTED............: 03-16-2006
DATE COMMITTED...................: 03-16-2006
HOW COMMITTED....................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:


RESTITUTION...: PROPERTY: NO   SERVICES: NO         AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  605
OFF/CHG: 22-1801(B), BURGLARY II; 22-3812(A), THEFT I

   SENTENCE PROCEDURE.............: DC GTCA ADULT SENTENCE
   SENTENCE IMPOSED/TIME TO SERVE.:     12 YEARS
   NEW SENTENCE IMPOSED...........:   1316 DAYS
   BASIS FOR CHANGE...............: PAROLE VIOLATOR WARRANT EXEC
   DATE OF OFFENSE................: 07-21-1989








G0002         MORE PAGES TO FOLLOW . . .
```

```
 FAIUM   540*23  *          SENTENCE MONITORING         *    03-05-2007
 PAGE 002         *          COMPUTATION DATA            *    15:23:25
                             AS OF 03-05-2007

 REGNO..: 07099-007 NAME: LYONS, ANDRE


------------------------CURRENT COMPUTATION NO: 050 -------------------------

COMPUTATION 050 WAS LAST UPDATED ON 01-16-2007 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 01-27-2007 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 050: 050 010

DATE COMPUTATION BEGAN..........: 03-16-2006
TOTAL TERM IN EFFECT............: 1316 DAYS
TOTAL TERM IN EFFECT CONVERTED..:    3 YEARS     7 MONTHS     6 DAYS
EARLIEST DATE OF OFFENSE........: 07-21-1989

JAIL CREDIT.....................:    FROM DATE    THRU DATE
                                     03-02-2006   03-15-2006

TOTAL JAIL CREDIT TIME..........: 14
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 7
TOTAL SGT POSSIBLE..............: 302
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 12-09-2008
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
EXPIRATION FULL TERM DATE.......: 10-07-2009

NEXT PAROLE HEARING DATE........: UNKNOWN
TYPE OF HEARING.................: UNKNOWN

PROJECTED SATISFACTION DATE.....: 12-09-2008
PROJECTED SATISFACTION METHOD...: MAND PAR
```

*Handwritten annotations:*
- Next to "1316 DAYS": "Not Right"
- Underlining "3 YEARS    7 MONTHS    6 DAYS"
- Next to "STATUTORY RELEASE DATE 12-09-2008": "SEE PAGE 4 say October 31 2008 of Government Reply Brief This here say 39 day more"
- "EXPIRATION FULL TERM DATE 10-07-2009" is underlined

```
G0002          MORE PAGES TO FOLLOW . . .
```

```
   FAIUM   540*23 *            SENTENCE MONITORING        *     03-05-2007
   PAGE 003        *             COMPUTATION DATA         *     15:23:25
                                  AS OF 05-20-2005

REGNO..: 07099-007 NAME: LYONS, ANDRE


FBI NO............: 309102EA7            DATE OF BIRTH: 02-16-1967
ARS1..............: FAI/A-DES
UNIT..............: B                    QUARTERS.....: B02-940L
DETAINERS.........: NO                   NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 05-19-2005

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  05-20-2005 VIA PL RELEASE

------------------------PRIOR JUDGMENT/WARRANT NO: 040 ------------------------

COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F8566-89BC
JUDGE............................: BURGESS
DATE SENTENCED/PROBATION IMPOSED: 04-10-1991
DATE WARRANT ISSUED..............: N/A
DATE WARRANT EXECUTED............: N/A
DATE COMMITTED...................: 04-29-2005
HOW COMMITTED....................: PUBLIC LAW-PAROLEE
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:


RESTITUTION...: PROPERTY: NO   SERVICES: NO       AMOUNT: $00.00

-------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  605
OFF/CHG: 22-1801(B), BURGLARY II; 22-3812(A), THEFT I

  SENTENCE PROCEDURE..............: 4209 PAROLEE IN PRGM WITH DRUG AFT CARE
  SENTENCE IMPOSED/TIME TO SERVE.:   120 DAYS
  DATE OF OFFENSE.................: 07-21-1989




G0002         MORE PAGES TO FOLLOW . . .
```

```
   FAIUM   540*23 *           SENTENCE MONITORING          *    03-05-2007
   PAGE 004      *             COMPUTATION DATA            *    15:23:25
                              AS OF 05-20-2005

   REGNO..: 07099-007 NAME: LYONS, ANDRE


   ------------------------PRIOR COMPUTATION NO: 040 ------------------------

   COMPUTATION 040 WAS LAST UPDATED ON 05-04-2005 AT CDC AUTOMATICALLY

   THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
   PRIOR COMPUTATION 040:   040 010

   DATE COMPUTATION BEGAN..........: 04-29-2005
   TOTAL TERM IN EFFECT............:   120 DAYS
   TOTAL TERM IN EFFECT CONVERTED..:    3 MONTHS     29 DAYS
   EARLIEST DATE OF OFFENSE........: 07-21-1989

   TOTAL JAIL CREDIT TIME..........: 0
   TOTAL INOPERATIVE TIME..........: 0
   STATUTORY GOOD TIME RATE........: 0
   TOTAL SGT POSSIBLE..............: 0
   PAROLE ELIGIBILITY..............: N/A
   STATUTORY RELEASE DATE..........: N/A
   TWO THIRDS DATE.................: N/A
   180 DAY DATE....................: N/A
   EXPIRATION FULL TERM DATE.......: 08-26-2005

   NEXT PAROLE HEARING DATE........: N/A
   TYPE OF HEARING.................: NOT ELIGIBLE

   ACTUAL SATISFACTION DATE........: 05-20-2005
   ACTUAL SATISFACTION METHOD......: PL RELEASE
   ACTUAL SATISFACTION FACILITY....: CDC
   ACTUAL SATISFACTION KEYED BY....: JAF

   DAYS REMAINING..................: 98
   FINAL PUBLIC LAW DAYS...........: 0

   REMARKS.......: 5/20/05 RELEASED FROM PROGRAM.




   G0002         MORE PAGES TO FOLLOW . . .
```

Handwritten annotations:
- Next to "04-29-2005" (circled): "Release, Went home on this day"
- Next to "3 MONTHS 29 DAYS" (circled): "days Remaining Not years"
- "08-26-2005" is underlined with "2005" struck through

```
   FAIUM   540*23 *          SENTENCE MONITORING          *     03-05-2007
PAGE 005         *           COMPUTATION DATA             *     15:23:25
                             AS OF 04-29-2005

REGNO..: 07099-007 NAME: LYONS, ANDRE


FBI NO...........: 309102EA7              DATE OF BIRTH: 02-16-1967
ARS1.............: FAI/A-DES
UNIT.............: B                       QUARTERS.....: B02-940L
DETAINERS........: NO                      NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 03-25-2005

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  04-29-2005 VIA PAROLE

------------------------PRIOR JUDGMENT/WARRANT NO: 030 ------------------------
COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F8566-89BC
JUDGE............................: BURGESS
DATE SENTENCED/PROBATION IMPOSED: 04-10-1991
DATE WARRANT ISSUED..............: 02-20-2004
DATE WARRANT EXECUTED............: 04-29-2004
DATE COMMITTED...................: 09-27-2004
HOW COMMITTED....................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:


RESTITUTION...: PROPERTY: NO   SERVICES: NO         AMOUNT: $00.00

---------------------------PRIOR OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....: 605
OFF/CHG: 22-1801(B), BURGLARY II; 22-3812(A), THEFT I

  SENTENCE PROCEDURE..............: DC GTCA ADULT SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    12 YEARS
  NEW SENTENCE IMPOSED............: 1682 DAYS
  BASIS FOR CHANGE................: PAROLE VIOLATOR WARRANT EXEC
  DATE OF OFFENSE.................: 07-21-1989




       G0002       MORE PAGES TO FOLLOW . . .
```

```
 FAIUM   540*23  *           SENTENCE MONITORING          *   03-05-2007
 PAGE 006        *            COMPUTATION DATA            *   15:23:25
                               AS OF 04-29-2005

 REGNO..: 07099-007 NAME: LYONS, ANDRE


------------------------PRIOR COMPUTATION NO: 030 -------------------------

COMPUTATION 030 WAS LAST UPDATED ON 03-01-2005 AT CRO AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 030:    030 010

DATE COMPUTATION BEGAN..........: 04-29-2004
TOTAL TERM IN EFFECT............: 1682 DAYS          Not Right
TOTAL TERM IN EFFECT CONVERTED..:    4 YEARS        7 MONTHS        7 DAYS
EARLIEST DATE OF OFFENSE........: 07-21-1989

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 7
TOTAL SGT POSSIBLE..............: 386
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 11-15-2007
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
EXPIRATION FULL TERM DATE.......: 12-05-2008

PAROLE EFFECTIVE................: 04-29-2005
PAROLE EFF VERIFICATION DATE....: 02-25-2005
NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: PAROLE EFFECTIVE

ACTUAL SATISFACTION DATE........: 04-29-2005
ACTUAL SATISFACTION METHOD......: PAROLE
ACTUAL SATISFACTION FACILITY....: RIV
ACTUAL SATISFACTION KEYED BY....: JWW

DAYS REMAINING..................: 1316
FINAL PUBLIC LAW DAYS...........: 0

              COMPUTATION CERTIFIED BY DCRC ON 03-03-05




G0002         MORE PAGES TO FOLLOW . . .
```

```
   FAIUM   540*23  *           SENTENCE MONITORING          *      03-05-2007
   PAGE 007         *            COMPUTATION DATA           *      15:23:25
                                 AS OF 05-15-2003

 REGNO..: 07099-007 NAME: LYONS, ANDRE


 FBI NO............: 309102EA7            DATE OF BIRTH: 02-16-1967
 ARS1..............: FAI/A-DES
 UNIT..............: B                    QUARTERS.....: B02-940L
 DETAINERS.........: NO                   NOTIFICATIONS: NO

 THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
 THE INMATE WAS SCHEDULED FOR RELEASE:  05-15-2003 VIA PAROLE

 ------------------------PRIOR JUDGMENT/WARRANT NO: 020 ------------------------
 COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
 DOCKET NUMBER....................: F8566-89,F12421-93
 JUDGE............................: BURGESS
 DATE SENTENCED/PROBATION IMPOSED: 04-10-1991
 DATE WARRANT ISSUED..............: 11-28-2001
 DATE WARRANT EXECUTED............: 01-15-2002
 DATE COMMITTED...................: 07-25-2002
 HOW COMMITTED....................: RETURN OF PAROLE VIOLATOR
 PROBATION IMPOSED................: NO
 SPECIAL PAROLE TERM..............:

                 FELONY ASSESS   MISDMNR ASSESS   FINES            COSTS
 NON-COMMITTED.:  $00.00          $00.00          $00.00           $40.00

 RESTITUTION...: PROPERTY:  NO   SERVICES:  NO         AMOUNT: $00.00

 -------------------------PRIOR OBLIGATION NO: 010 -----------------------------
 OFFENSE CODE....: 605
 OFF/CHG: BURGLARY II AND THEFT I, PWITD COCAINE W/ARMED (PV)

  SENTENCE PROCEDURE..............: DC GTCA ADULT SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.: 12 YEARS          90 MONTHS
  NEW SENTENCE IMPOSED............: 3919 DAYS
  BASIS FOR CHANGE................: PAROLE VIOLATOR WARRANT EXEC
  DATE OF OFFENSE.................: 07-21-1989




 G0002         MORE PAGES TO FOLLOW . . .
```

```
   FAIUM   540*23  *           SENTENCE MONITORING         *   03-05-2007
   PAGE 008         *            COMPUTATION DATA          *   15:23:25
                                 AS OF 05-15-2003

   REGNO..: 07099-007 NAME: LYONS, ANDRE


   ------------------------------PRIOR COMPUTATION NO: 020 --------------------------

   COMPUTATION 020 WAS LAST UPDATED ON 05-15-2003 AT CDC AUTOMATICALLY

   THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
   PRIOR COMPUTATION 020:    020 010

   DATE COMPUTATION BEGAN...........: 01-15-2002
   TOTAL TERM IN EFFECT.............: 3919 DAYS
   TOTAL TERM IN EFFECT CONVERTED...: 10 YEARS       8 MONTHS      23 DAYS
   EARLIEST DATE OF OFFENSE.........: 07-21-1989

   JAIL CREDIT......................:   FROM DATE      THRU DATE
                                        11-28-2001    01-14-2002

   TOTAL JAIL CREDIT TIME...........: 48
   TOTAL INOPERATIVE TIME...........: 0
   STATUTORY GOOD TIME RATE.........: 10
   TOTAL SGT POSSIBLE...............: 1287
   PAROLE ELIGIBILITY...............: COMMISSION'S DISCRETION
   STATUTORY RELEASE DATE...........: 02-10-2009
   TWO THIRDS DATE..................: N/A
   180 DAY DATE.....................: N/A
   EXPIRATION FULL TERM DATE........: 08-20-2012

   PAROLE EFFECTIVE.................: 05-15-2003
   PAROLE EFF VERIFICATION DATE.....: 12-16-2002
   NEXT PAROLE HEARING DATE.........: N/A
   TYPE OF HEARING..................: PAROLE EFFECTIVE

   ACTUAL SATISFACTION DATE.........: 05-15-2003
   ACTUAL SATISFACTION METHOD.......: PAROLE
   ACTUAL SATISFACTION FACILITY.....: CDC
   ACTUAL SATISFACTION KEYED BY.....: MYR

   DAYS REMAINING...................: 3385
   FINAL PUBLIC LAW DAYS............: 0

                  INMATE RECEIVED FROM DCDOC. /RLJ
                  PV WARRANT ISSUED 11-28, 2001, DUE TO NEW CRIMINAL CONDUCT.
                  CASE WAS DISMISSED AND WARRANT PREVENTED INMATE FROM BEING
                  RELEASED ON BOND, THEREFORE, JAIL CREDIT APPLIED.




   G0002       MORE PAGES TO FOLLOW . . .
```

Handwritten annotation next to "TOTAL TERM IN EFFECT" / "TOTAL TERM IN EFFECT CONVERTED": "Mistakes Came in Never got back to 4-24-02"

```
   FAIUM    540*23 *             SENTENCE MONITORING           *    03-05-2007
   PAGE 009          *             COMPUTATION DATA            *    15:23:25
                                   AS OF 02-26-2001

   REGNO..: 07099-007 NAME: LYONS, ANDRE


   FBI NO............: 309102EA7           DATE OF BIRTH: 02-16-1967
   ARS1..............: FAI/A-DES
   UNIT..............: B                    QUARTERS.....: B02-940L
   DETAINERS.........: NO                   NOTIFICATIONS: NO

   THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
   THE INMATE WAS SCHEDULED FOR RELEASE: 02-26-2001 VIA PAROLE

   ------------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------------
   COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
   DOCKET NUMBER....................: F8566-89B,F12421-93
   JUDGE............................: BURGESS
   DATE SENTENCED/PROBATION IMPOSED.: 04-10-1991
   DATE WARRANT ISSUED..............: 06-29-1998
   DATE WARRANT EXECUTED............: 02-19-1999
   DATE COMMITTED...................: 09-07-1999
   HOW COMMITTED....................: RETURN OF PAROLE VIOLATOR
   PROBATION IMPOSED................: NO
   SPECIAL PAROLE TERM..............:

                   FELONY ASSESS    MISDMNR ASSESS   FINES          COSTS
   NON-COMMITTED.: $00.00           $00.00           $00.00         $40.00

   RESTITUTION...: PROPERTY:  NO   SERVICES:  NO        AMOUNT:  $00.00

   ---------------------------PRIOR OBLIGATION NO: 010 ---------------------------
   OFFENSE CODE....: 605
   OFF/CHG: BURGLARY II AND THEFT I , PWITD COCAINE W/ARMED. (PV)

    SENTENCE PROCEDURE..............: DC GTCA ADULT SENTENCE
    SENTENCE IMPOSED/TIME TO SERVE.:    12 YEARS       90 MONTHS
    NEW SENTENCE IMPOSED............: 4659 DAYS
    BASIS FOR CHANGE................: PAROLE VIOLATOR WARRANT EXEC
    DATE OF OFFENSE.................: 07-21-1989




   G0002         MORE PAGES TO FOLLOW . . .
```

```
    FAIUM   540*23 *              SENTENCE MONITORING          *    03-05-2007
    PAGE 010 OF 010 *              COMPUTATION DATA            *    15:23:25
                                   AS OF 02-26-2001

    REGNO..: 07099-007 NAME: LYONS, ANDRE


    ------------------------PRIOR COMPUTATION NO: 010 --------------------------

    COMPUTATION 010 WAS LAST UPDATED ON 08-15-2002 AT RIV AUTOMATICALLY

    THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
    PRIOR COMPUTATION 010:   010 010

    DATE COMPUTATION BEGAN..........: 02-19-1999
    TOTAL TERM IN EFFECT............: 4659 DAYS
    TOTAL TERM IN EFFECT CONVERTED..: 12 YEARS       9 MONTHS        3 DAYS
    EARLIEST DATE OF OFFENSE........: 07-21-1989

    JAIL CREDIT.....................:      FROM DATE      THRU DATE
                                           07-21-1989     07-21-1989

    TOTAL JAIL CREDIT TIME..........: 1
    TOTAL INOPERATIVE TIME..........: 0
    STATUTORY GOOD TIME RATE........: 10
    TOTAL SGT POSSIBLE..............: 1531
    PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
    STATUTORY RELEASE DATE..........: 09-11-2007
    TWO THIRDS DATE.................: N/A
    180 DAY DATE....................: N/A
    EXPIRATION FULL TERM DATE.......: 11-20-2011

    PAROLE EFFECTIVE................: 02-26-2001
    PAROLE EFF VERIFICATION DATE....: 02-22-2001
    NEXT PAROLE HEARING DATE........: N/A
    TYPE OF HEARING.................: PAROLE EFFECTIVE

    ACTUAL SATISFACTION DATE........: 02-26-2001
    ACTUAL SATISFACTION METHOD......: PAROLE
    ACTUAL SATISFACTION FACILITY....: RIV
    ACTUAL SATISFACTION KEYED BY....: RLJ

    DAYS REMAINING..................: 3919
    FINAL PUBLIC LAW DAYS...........: 0

            INMATE RECEIVED FROM DCDOC. COMPUTATION ORIGINALLY COMPUTED BY
            DCOB AND REVIEWED AND/OR CORRECTED BY CRL BOP STAFF BASED ON
            INFORMATION IN INMATES OFFICIAL CENTRAL FILE. /RLJ
            1 DY JC AWARDED THAT WAS NOT AWARDED TOWARD ORIG COMP.
            DRS REFLECT DY REMAING ON BOTH CASES COMBINED.



    G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

*Handwritten annotations:* "where the mistakes came in And Never got back Right.. to 4-24-02"