Motion

Rule 56 A Summary Judgment..

For United States District Court
Of the District of columbia..

MAY 7 2007

Mr Andre Lyons
  Petitioner

Civil Action
No 06-2008 (GK)

Fileing A Rule 56.A
   V
CCA/ Correctional
Treatment Facility
   Respondent.

RECEIVED
MAY 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I am asking for my 2241 Petition be granted up on Rule 56.A Summary Judgment.. Because the Government didn't response in a Respectful maner. As they where ask two time's And was send out two Show Cause, one on March 19 2007, And the Second Show Cause was send out on April 4 2007 An that's more. then 30 day's So with all do respect your Honor. I am asking for my 2241 to be Rule in my behalf Because of the two Order's that was send out that they didn't care to answer to about my unjust Incarceration...

        Thank you very much

        Mr Andre Lyons
        F.E.D NO 07099-007 or
        DC DC 219-529
        FCI Fairton
CC: Sherri Lee Berthrong P.O Box 420
US. A..O      Fairton New Jersey
          08320