UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Andre Lyons,**           )<br>                            )<br>     **Petitioner,**        )<br>                            )<br>     v.                     )<br>                            )<br>**CCA/Correctional Treatment** )<br>**Facility,**               )<br>                            )<br>                            )<br>     **Respondent.**        )<br>                            ) | **Civil Action No. 06-2008 (GK)** |

## ORDER

Petitioner, Andre Lyons ("Lyons"), brings this action against the CCA Correctional Treatment Facility for a Writ of Habeas Corpus. Upon consideration of the Petition, Opposition, Reply, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is this 10th day of July, hereby

**ORDERED** that Lyons' Petition is **denied.**

The parties should note that no live claims remain in this case; therefore, this is a final appealable Order subject to Federal Rule of Appellate Procedure 4. See Fed. R. App. P. 4.

/s/
Gladys Kessler
United States District Judge