UNITED STATES OF AMERICA
    Plaintiff

v.

    Appellant
Mr. Andre Lyons

Court of Appeals
District Court Civil Action No 06 2008 [GK]

---

## Notice of Appeal

The Appellant. Mr Andre Lyons in this instant matter hereby gives Notice of Appeal from the order entered in the District Court Imposed on the Date of July 10. 2007. By Ms. Gladys Kessler. U.S District Judge to The United States Court of Appeals For the District of Columbia,

---

Mr Andre Lyons    Date July 16, 200
Mr Andre Lyons

Federal Correctional Institution Fairton
Post Office Box [420]
Fairton 08320
New Jersey Republic
USMS No [07099-007]

RECEIVED
JUL 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

7/18/07 _____, CASE MANAGER,
"Authorized by the Act of July 27, 1955, as amended, to administer oaths (18 U.S.C 4004)."