UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Andre Lyons,** : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | Civil Action No. 06-2008 (GK) |
| : | |
| **CCA/Correctional Treatment Facility,** : | |
| : | |
| Respondent. : | |

## ORDER

This matter is before the Court on Order from the United States Court of Appeals for the District of Columbia Circuit, directing prompt notification of this Court's "issuance of a certificate of appealability or statement why a certificate should not issue." Order (August 8, 2007). For the reasons stated in the memorandum opinion and order from which petitioner appeals, the Court finds that petitioner has not "made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The case law is clear that decisions regarding revocation of parole and good time credits are entirely within the discretion of the Board of Parole. Accordingly, it is

**ORDERED** that a certificate of appealability is **denied**.

August 14, 2007

/s/
Gladys Kessler
United States District Judge