# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5256**                    **September Term, 2007**

06cv02008

**Filed On:**

Andre Lyons,
      Appellant

    v.

CCA/Correctional Treatment Facility and Bureau of Prisons,
      Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED    JAN X 7 2008

CLERK

## O R D E R

It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending the district court's resolution of appellant's motion for leave to proceed on appeal in forma pauperis.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: _____
Linda Jones
Deputy Clerk