# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

108989 2

Andre Lyons,

                  Appellent,

v.

CCA/Correctional Treatment Facility and Bureau of Prisons, etc.

                  Appellees.

USCA No. 07-5256

USDC No. 06cv02008

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED DEC - 2007

CLERK

## MOTION FOR LEAVE TO PROCEED
## ON APPEAL IN FORMA PAUPERIS

I, Andre Lyons, declare that I am the

☒ appellant/petitioner ☐ appellee/respondent in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor. My affidavit or sworn statement is attached. I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (*Provide a statement of the issues you will present to the court. You may continue on the other side of this sheet if necessary.*)

Signature _Andre Lyons_

Name of *Pro Se* Litigant (PRINT) _Andre Lyons, Reg# 07099-007_

Address _FCI Fairton, P.O. Box 420, Fairton New Jersey 08320_

Submit original with a certificate of service to:

    Clerk
    U.S. Court of Appeals for the D.C. Circuit
    333 Constitution Avenue, N.W.
    Rm. 5423, E. Barrett Prettyman U.S. Courthouse
    Washington, DC 20001

# Affidavit Accompanying Motion for Leave
# to Proceed on Appeal in Forma Pauperis

## United States Court of Appeals for the
## District of Columbia Circuit

Andre Lyons,

           Appellant,

v.

CCA/Correctional Treatment Facility
and Bureau of Prisons, etc.

Case No. __07-5256__

### Affidavit in Support of Motion

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

### Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: *[signature] H. Andre Lyons*

Date: 12-11-07

**My issues on appeal are:**

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Self-employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Income from real property (such as rental income) | $ N/A | $ N/A | $ N/A | $ N/A |
| Interest and dividends | $ N/A | $ N/A | $ N/A | $ N/A |
| Gifts | $ N/A | $ N/A | $ N/A | $ N/A |
| Alimony | $ N/A | $ N/A | $ N/A | $ N/A |
| Child support | $ N/A | $ N/A | $ N/A | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $ N/A | $ N/A | $ N/A | $ N/A |
| Disability (such as social security, insurance payments) | $ N/A | $ N/A | $ N/A | $ N/A |
| Unemployment payments | $ N/A | $ N/A | $ N/A | $ N/A |
| Public-assistance (such as welfare) | $ N/A | $ N/A | $ N/A | $ N/A |
| Other (specify): _____ | $ N/A | $ N/A | $ N/A | $ N/A |
| Total monthly income: | $ N/A | $ N/A | $ N/A | $ N/A |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |
| N/A | | | |
| N/A | | | |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |
| N/A | | | |
| N/A | | | |

4. How much cash do you and your spouse have? $ N/A

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semi-annually, or annually to show the monthly rate.

|  | **You** | **Spouse** |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ none | $ none |
| Are real-estate taxes included? | [ ] Yes [X] No | |
| Is property insurance included? | [ ] Yes [X] No | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ none | $ none |
| Home maintenance (repairs and upkeep) | $ none | $ none |
| Food | $ none | $ none |
| Clothing | $ none | $ none |
| Laundry and dry-cleaning | $ none | $ none |
| Medical and dental expenses | $ none | $ none |
| Transportation (not including motor vehicle payments) | $ none | $ none |
| Recreation, entertainment, newspapers, magazines, etc. | $ none | $ none |
| Insurance (not deducted from wages or included in mortgage payments) | $ none | $ none |
|   Homeowner's or renter's | $ none | $ none |
|   Life | $ none | $ none |
|   Health | $ none | $ none |
|   Motor Vehicle | $ none | $ none |
|   Other: _____ | $ none | $ none |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | $ none | $ none |
| Installment payments | $ none | $ none |
|   Motor Vehicle | $ none | $ none |
|   Credit card (name): _____ | $ none | $ none |
|   Department store (name): _____ | $ none | $ none |
|   Other: _____ | $ none | $ none |
| Alimony, maintenance, and support paid to others | $ none | $ none |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ none | $ none |
| Other (specify): _____ | $ none | $ none |
| Total monthly expenses: | $ none | $ none |

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| None | None | $ None | $ None |
| | | $ | $ |
| | | $ | $ |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, that you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value)   Other real estate (Value)   Motor vehicle # 1 __None__ (Value)
__None__        __None__                    Make & year: _____
                                            Model: _____
                                            Registration #. _____

Motor vehicle #2 __None__ (Value)   Other Assets (Value)   Other Assets (Value)
Make & year_____                    __None__               __None__
Model_____
Registration #: _____

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None | None | None |
| | | |
| | | |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| Tamara West | Daughter | 11 |
| Birttney Lyons | Daughter | 19 |
| Terrance West | Son | 20 |

[USCADC Form 53a (Rev. Jan 1997, Jan 2003)]

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[ ] Yes    [X] No    If yes, describe on an attached sheet.

10. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form?

[ ] Yes    [X] No

If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:
_____
_____
_____

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes    [X] No

If yes, how much? $_____

If yes, state the person's name, address, and telephone number:
_____
_____
_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

    I am incarcerated, and have no income.

13. State the address of your legal residence.
    Andre Lyons
    _____
    5726 66th Avenue
    _____
    Riverdale MD 20737
    _____

Your daytime phone number: (___) _____
Your age: _____ Your years of schooling: _____
Your social-security number: _____

# Inmate Inquiry

 PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 07099007 | Current Institution: | Lanton FCI |
| Inmate Name: | LYONS, ANDRE | Housing Unit: | LAU B1 |
| Report Date: | 12/21/2007 | Living Quarters: | B02-040L |
| Report Time: | 2:32:13 PM | | |

General Information  |  Account Balances  |  Commissary History  |  Commissary Restrictions  |  Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 2555 |
| PAC #: | 764367938 |
| FRP Participation Status: | Completed |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 12/20/2006 |
| Local Account Activation Date: | 12/21/2006 3:18:17 AM |
| Sort Codes: | |
| Last Account Update: | 12/20/2007 1:52:45 PM |
| Account Status: | Active |
| Phone Balance: | $36.84 |

**FRP Plan Information**

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $123.61 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $123.61 |
| National 6 Months Deposits: | $886.58 |
| National 6 Months Withdrawals: | $855.15 |
| National 6 Months Avg Daily Balance: | $55.42 |
| Local Max. Balance - Prev. 30 Days: | $136.21 |
| Average Balance - Prev. 30 Days: | $73.73 |

## Commissary History

### Purchases

Validation Period Purchases: $56.50
YTD Purchases: $137.35
Last Sales Date: 12/20/2007 12:28:53 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Bi-Weekly Revalidation: No
Spending Limit: $340 00
Expended Spending Limit: $56.50
Remaining Spending Limit: $283.50

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

## Comments

Comments:

# Inmate Statement

 PRINT

| | |
|---|---|
| Inmate Reg #: | 07099007 |
| Inmate Name: | LYONS, ANDRE |
| Report Date: | 12/21/2007 |
| Report Time: | 2:31:54 PM |

| | |
|---|---|
| Current Institution: | Lanton FCI |
| Housing Unit: | LAI-B-I |
| Living Quarters: | B02-040L |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FAI | 12/20/2007 1:52:45 PM | TFN1220 | | | Phone Withdrawal | ($5.00) | | $123.61 |
| FAI | 12/20/2007 12:28:53 PM | 92 | | | Sales | ($7.60) | | $128.61 |
| FAI | 12/19/2007 9:05:27 AM | 33305808 | | | Western Union | $100.00 | | $136.21 |
| FAI | 12/10/2007 5:16:31 PM | 43 | | | Sales | ($1.65) | | $36.21 |
| FAI | 12/10/2007 5:12:14 PM | 41 | | | Sales | ($24.85) | | $37.86 |
| FAI | 12/10/2007 9:30:35 AM | HIPP1107 | | | Payroll - IPP | $5.04 | | $62.71 |
| FAI | 12/8/2007 8:14:20 PM | TFN1208 | | | Phone Withdrawal | ($65.00) | | $57.67 |
| FAI | 12/1/2007 9:15:21 PM | 33304508 | | | Western Union | $100.00 | | $122.67 |
| FAI | 11/30/2007 8:02:37 PM | TFN1130 | | | Phone Withdrawal | ($30.00) | | $22.67 |
| FAI | 11/28/2007 5:03:54 PM | 97 | | | Sales | ($1.50) | | $52.67 |
| FAI | 11/28/2007 5:03:14 PM | 96 | | | Sales | ($20.90) | | $54.17 |
| FAI | 11/18/2007 5:12:04 PM | 33303608 | | | Western Union | $50.00 | | $75.07 |
| FAI | 11/13/2007 12:17:20 PM | 74 | | | Sales | ($3.90) | | $25.07 |
| FAI | 11/12/2007 7:35:58 PM | TFN1112 | | | Phone Withdrawal | ($2.00) | | $28.97 |
| FAI | 11/6/2007 9:27:06 PM | TFN1106 | | | Phone Withdrawal | ($5.00) | | $30.97 |
| FAI | 11/5/2007 8:18:40 PM | TFN1105 | | | Phone Withdrawal | ($22.00) | | $35.97 |
| FAI | 11/5/2007 5:20:57 PM | 55 | | | Sales | ($10.20) | | $57.97 |
| FAI | 11/5/2007 11:14:02 AM | HIPP1007 | | | Payroll - IPP | $25.00 | | $68.17 |
| FAI | 11/1/2007 9:11:06 PM | TFN1101 | | | Phone Withdrawal | ($46.00) | | $43.17 |
| FAI | 11/1/2007 7:21:12 PM | 33302408 | | | Western Union | $80.00 | | $89.17 |
| FAI | 11/1/2007 11:02:30 AM | 12 | | | Sales | ($2.00) | | $9.17 |
| FAI | 10/30/2007 8:58:36 PM | TFN1030 | | | Phone Withdrawal | ($5.00) | | $11.17 |
| FAI | 10/24/2007 4:56:44 PM | 59 | | | Sales | ($13.60) | | $16.17 |
| FAI | 10/17/2007 5:16:51 PM | 61 | | | Sales | $13.00 | | $29.77 |
| FAI | 10/17/2007 5:15:21 PM | 59 | | | Sales | ($23.85) | | $16.77 |
| FAI | 10/16/2007 11:08:12 AM | 16 | | | Sales | ($1.00) | | $40.62 |
| FAI | 10/11/2007 9:05:02 PM | TFN1011 | | | Phone Withdrawal | ($21.00) | | $41.62 |
| FAI | 10/11/2007 12:38:19 PM | 196 | | | Sales | ($2.30) | | $62.62 |
| FAI | 10/11/2007 6:02:47 AM | HFRP1007 | | | FRP Excess With | $40.00 | | $64.92 |
| FAI | 10/10/2007 6:38:45 PM | 56 | | | Sales | ($13.85) | | $24.92 |
| FAI | 10/9/2007 9:52:26 AM | 8000 | | | FRP Single Pymt | ($40.00) | | $38.77 |
| FAI | 10/9/2007 9:45:58 AM | HIPP0907 | | | Payroll - IPP | $29.10 | | $78.77 |
| FAI | 10/4/2007 10:59:07 AM | 2 | | | Sales | ($2.85) | | $49.67 |

## Deposits

 PRINT

| Inmate Reg #: | 07099007 | Current Institution: | Fairton FCI |
| Inmate Name: | LYONS, ANDRE | Housing Unit: | FAI-B-L |
| Report Date: | 12/21/2007 | Living Quarters: | B02-940L |
| Report Time: | 2:33:33 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Sender Last Name | Sender Zip |
|---|---|---|---|---|---|
| 12/19/2007 9:05:27 AM | Western Union | $100.00 | 33305808 | MWEST | 20737 |
| 12/10/2007 9:30:35 AM | Payroll - IPP | $5.04 | HIPP1107 | | |
| 12/1/2007 9:15:21 PM | Western Union | $100.00 | 33304508 | MWEST | 20737 |
| 11/18/2007 5:12:04 PM | Western Union | $50.00 | 33303608 | MWEST | 20737 |
| 11/5/2007 11:14:02 AM | Payroll - IPP | $25.00 | HIPP1007 | | |
| 11/1/2007 7:21:12 PM | Western Union | $80.00 | 33302408 | MWEST | 20737 |
| 10/9/2007 9:45:58 AM | Payroll - IPP | $29.10 | HIPP0907 | | |
| 9/29/2007 1:10:06 PM | Western Union | $80.00 | 33326007 | MWEST | 20737 |
| 9/10/2007 8:58:19 AM | Payroll - IPP | $15.84 | GIPP0807 | | |
| 9/4/2007 8:19:57 PM | Western Union | $100.00 | 33324207 | MWEST | 20737 |
| 8/18/2007 7:10:48 PM | Western Union | $75.00 | 33323007 | MWEST | 20737 |
| 8/6/2007 11:14:59 AM | Payroll - IPP | $27.00 | GIPP0707 | | |
| 7/31/2007 7:13:12 PM | Western Union | $90.00 | 33321707 | MWEST | 20737 |
| 7/9/2007 8:44:50 AM | Payroll - IPP | $9.60 | GIPP0607 | | |
| 7/5/2007 1:10:57 PM | Western Union | $100.00 | 33319907 | EWST | 20737 |
| 6/11/2007 9:00:35 AM | Payroll - IPP | $2.76 | GIPP0507 | | |
| 6/7/2007 8:13:00 PM | Western Union | $150.00 | 33317907 | WEST | 20737 |
| 5/14/2007 2:10:12 PM | Western Union | $100.00 | 33316107 | WEST | 20737 |
| 5/4/2007 10:14:13 AM | Payroll - IPP | $5.25 | GIPP0407 | | |
| 4/20/2007 7:11:19 PM | Western Union | $100.00 | 33314507 | WEST | 20737 |
| 3/26/2007 9:03:51 AM | Western Union | $150.00 | 33312607 | WAST | 20737 |

1

| | | | | | |
|---|---|---|---|---|---|
| FAI | 10/1/2007 8 58:05 PM | TFN1001 | Phone Withdrawal | ($40.00) | $52 52 |
| FAI | 10/1/2007 5 06.17 PM | 49 | Sales | ($20.30) | $92 52 |
| FAI | 9/29/2007 1:10.06 PM | 33326007 | Western Union | $80.00 | $112 82 |
| FAI | 9/19/2007 8 22.26 PM | TFN0919 | Phone Withdrawal | ($2 00) | $32.82 |
| FAI | 9/17/2007 5.21.01 PM | 14 | Sales | ($19.55) | $34.82 |
| FAI | 9/11/2007 9 03 04 PM | TFN0911 | Phone Withdrawal | ($10.00) | $54 37 |
| FAI | 9/10/2007 5 26:40 PM | 18 | Sales | ($19.70) | $64 37 |
| FAI | 9/10/2007 8:58:19 AM | GIPP0807 | Payroll - IPP | $15 84 | $84.07 |
| FAI | 9/5/2007 5.44 14 PM | 97 | Sales | ($26.45) | $68.23 |
| FAI | 9/4/2007 10 00:31 PM | TFN0904 | Phone Withdrawal | ($40 00) | $94 68 |
| FAI | 9/4/2007 8:19:57 PM | 33324207 | Western Union | $100 00 | $134 68 |
| FAI | 9/3/2007 3 20 30 PM | TFN0903 | Phone Withdrawal | ($30 00) | $34 68 |
| FAI | 8/31/2007 12 22 33 PM | 119 | Sales | ($0.75) | $64 68 |
| FAI | 8/31/2007 11:54.21 AM | 92 | Sales | ($1.70) | $65 43 |
| FAI | 8/28/2007 10 53 39 AM | 7 | Sales | ($4.00) | $67.13 |
| FAI | 8/20/2007 5:14:52 PM | 45 | Sales | ($28.90) | $71.13 |
| FAI | 8/18/2007 7 10:48 PM | 33323007 | Western Union | $75 00 | $100.03 |

1 2 3

Total Transactions: 131

Totals:  $62.64    $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| FAI | $123.61 | $0 00 | $0.00 | $0.00 | $0 00 | $0 00 | $0.00 | $123.61 |
| **Totals:** | **$123.61** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$123.61** |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $886 58 | $855.15 | $55.42 | $136.21 | $73 73 | N/A | N/A |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

Received Mail Room
DEC 0 2007
No. 07-5256

United States Court of Appeals

September Term, 2007

06cv02008

Filed On:

Andre Lyons,
    Appellant

v.

CCA/Correctional Treatment Facility and Bureau of Prisons,
    Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED DEC - 4 2007
CLERK

### ORDER

It is **ORDERED**, on the court's own motion, that the Clerk resend to appellant the court's order filed August 8, 2007, and that the deadline established therein is extended to January 3, 2008. Appellant's failure to comply with this order will result in dismissal of the case for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to send a copy of this order and the August 8, 2007 order to appellant by whatever means necessary to ensure receipt.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: *[signature]*
Elizabeth V. Scott
Deputy Clerk