# United States Court of Appeals
### For The District Of Columbia Circuit

Received Mail Room
DEC 0 2007
No. 07-5256
United States Court of Appeals

September Term, 2007

06cv02008

Filed On:

Andre Lyons,
    Appellant

v.

CCA/Correctional Treatment Facility and Bureau of Prisons,
    Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED DEC - 4 2007
CLERK

### ORDER

    It is **ORDERED**, on the court's own motion, that the Clerk resend to appellant the court's order filed August 8, 2007, and that the deadline established therein is extended to January 3, 2008. Appellant's failure to comply with this order will result in dismissal of the case for lack of prosecution. See D.C. Cir. Rule 38.

    The Clerk is directed to send a copy of this order and the August 8, 2007 order to appellant by whatever means necessary to ensure receipt.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/ Elizabeth V. Scott
Elizabeth V. Scott
Deputy Clerk