UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Andre Lyons,** )<br>)<br>          **Petitioner,** )<br>)<br>     v. )<br>)<br>**Bureau of Prisons et al.,** )<br>)<br>          **Respondents.** ) | Civil Action No. 06-2008 |

# ORDER

It is hereby

**ORDERED** that petitioner's motion to proceed *in forma pauperis* on appeal [Dkt. No. 18] is **granted**. The Clerk is directed to transmit this Order immediately to the appellate court.

January 17, 2008                              /s/
                                                          GLADYS KESSLER
                                                          U.S. District Judge