# United States Court of Appeals
### For The District of Columbia Circuit

**No. 07-5256**  **September Term 2007**

06cv02008

**Filed On:** June 24, 2008

Andre Lyons,

    Appellant

v.

CCA/Correctional Treatment Facility and
Bureau of Prisons,

    Appellees

**BEFORE:** Garland, Brown, and Griffith, Circuit Judges

## ORDER

Upon consideration of the motion to dismiss for lack of a certificate of appealability and the opposition thereto, which includes a request for a certificate of appealability, it is

**ORDERED** that the request for a certificate of appealability be denied and the motion to dismiss be granted. Because appellant has not made a "substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), no certificate of appealability is warranted. See Slack v. McDaniel, 529 U.S. 473, 484 (2000).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. Because no certificate of appealability has been allowed, no mandate will issue.

**Per Curiam**